Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography", a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PURPLE KOI, LLC, et al.<br><br>Defendants. | Case No.: CV16-738-AJW<br>*Hon. Andrew J. Wistrich Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

SO ORDERED.

Date: January 17, 2017        By: _____
                              HON. ANDREW J. WISTRICH
                              U.S. MAGISTRATE JUDGE

ORDER ON STIPULATION TO DISMISS ACTION